**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THOMAS WINTER and
NBCUNIVERSAL MEDIA, LLC,

                    *Plaintiffs*,

    v.

U.S. DEPARTMENT OF JUSTICE,

                    *Defendant*.

19 Civ. 933 (WHP)

**STIPULATION AND ORDER OF DISMISSAL**

    WHEREAS, on or about January 30, 2019, Plaintiffs Thomas Winter and NBC Universal Media, LLC (together, "Plaintiffs") filed this suit in the United States District Court for the Southern District of New York pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking the release of a certain records by Defendant United States Department of Justice ("DOJ") in connection with an earlier administrative request dated September 24, 2018 (the "FOIA Request"), for the same records;

    WHEREAS DOJ produced records responsive to the FOIA Request on May 14, 2019;

    WHEREAS DOJ has completed its search for records responsive to the Plaintiffs' FOIA request, has produced all responsive records that are subject to the requirements of FOIA, and has not withheld any responsive documents pursuant to any FOIA exemption; and

    WHEREAS Plaintiffs, having reviewed the records produced on May 14, 2019, have determined that they will not be challenging the adequacy of DOJ's search for records responsive to the FOIA Request.

NBCUniversal:4913998v1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

1. DOJ's above-referenced production resolves Plaintiffs' FOIA claims in this matter.

2. This action is hereby dismissed with prejudice, with each party to bear its own fees and costs.

3. The parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated:  New York, NY
~~July~~ 1, 2019
Aug.

THOMAS WINTER and
NBC UNIVERSAL MEDIA, LLC,

By: _____
ERIK BIERBAUER
Vice President, Litigation
NBCUniversal
30 Rockefeller Plaza – 620-541
New York, NY 10112
Tel.: (212) 664-4167
erik.bierbauer@nbcuni.com

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
MONICA P. FOLCH
Assistant United States Attorney
Southern District of New York
86 Chambers St., Third Floor
New York, NY 10007
(212) 637-6559
monica.folch@usdoj.gov

Dated: August 7, 2019
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

NBCUniversal:4913998v1